B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Rodriguez, Eleazar,** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Rodriguez, Clara,** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **8346** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **1843** |
| Street Address of Debtor (No. & Street, City, and State):<br>**460 E. 59th St.**<br>**Hialeah, FL**<br>ZIP CODE **33013** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**460 E. 59th St.**<br>**Hialeah, FL**<br>ZIP CODE **33013** |
| County of Residence or of the Principal Place of Business:<br>**Miami Dade** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Eleazar Rodriguez, Clara Rodriguez** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ❏ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).  X _____  Signature of Attorney for Debtor(s)      Date  **Rex E. Russo**                          **331597** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
❏ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

❏   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

❏   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

❏   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

❏   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

❏   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

❏   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

❏   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

❏   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Eleazar Rodriguez, Clara Rodriguez** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>❑  I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>❑  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

X _(signature)_     X  **Not Applicable**
Signature of Debtor  **Eleazar Rodriguez**     _____
                                  (Signature of Foreign Representative)

X _(signature)_
Signature of Joint Debtor  **Clara Rodriguez**     _____
                                  (Printed Name of Foreign Representative)

_____
Telephone Number (If not represented by attorney)

_____     _____
Date                                         Date

| Signature of Attorney | Signature of Non-Attorney Petition Preparer |
|---|---|
| X _(signature)_<br>Signature of Attorney for Debtor(s)<br><br>**Rex E. Russo  Bar No. 331597**<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**Law Offices of Rex E. Russo**<br>Firm Name<br><br>**2655 Le Jeune Rd., PH 1-D Coral Gables, FL  33134**<br>Address<br><br>**305-442-7393**       **786-524-0573**<br>Telephone Number<br><br>_____<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable**<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X  **Not Applicable**<br>_____<br>Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| Signature of Debtor (Corporation/Partnership) |
|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X  **Not Applicable**<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date |

B 1D (Official Form 1, Exhibit D) (12/08)

# UNITED STATES BANKRUPTCY COURT

## Southern District of Florida

In re    Eleazar Rodriguez   Clara Rodriguez                        Case No. _____
                        Debtor(s)                                                          *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

❏ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

❏ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.

❏ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❏ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

B 1D (Official Form 1, Exh. D) (12/08) – Cont.

     ❑ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ❑ Active military duty in a military combat zone.

     ❑ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

                          **Eleazar Rodriguez**

Date: _____

B 1D (Official Form 1, Exhibit D) (12/08)

# UNITED STATES BANKRUPTCY COURT

## Southern District of Florida

In re   **Eleazar Rodriguez   Clara Rodriguez**                                    Case No. _____
                        Debtor(s)                                                                        *(if known)*

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

**B 1D (Official Form 1, Exh. D)  (12/08) – Cont.**

     ❑  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ❑  Active military duty in a military combat zone.

     ❑  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

               **Clara Rodriguez**

Date: _____

B6 Summary (Official Form 6 - Summary) (12/07)

## United States Bankruptcy Court
## Southern District of Florida

In re **Eleazar Rodriguez   Clara Rodriguez**_____,            Case No. _____

_____Debtors                                                        Chapter   _7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 3 | $ 2,432,943.00 | | |
| B - Personal Property | YES | 3 | $ 18,825.81 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 11 | | $ 4,033,475.57 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 1,521.59 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 13 | | $ 1,612,256.20 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 3,034.66 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 4,132.89 |
| TOTAL | | 38 | $ 2,451,768.81 | $ 5,647,253.36 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Eleazar Rodriguez   Clara Rodriguez**                                    Case No. _____

                                                    Debtors                      Chapter  **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 1,521.59 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations  (from Schedule F) | $ |
| TOTAL | $ 1,521.59 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 3,034.66 |
| Average Expenses (from Schedule J, Line 18) | $ 4,132.89 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 4,286.16 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $751,576.19 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 1,521.59 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $1,612,256.20 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $2,363,832.39 |

B6A (Official Form 6A) (12/07)

In re:  **Eleazar Rodriguez   Clara Rodriguez** _____    Case No. _____
                                    Debtors                                                        (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 35 52 41 .19 AC Logan Crest Rev. Pl PB 33-29 W60 FT of E240 FT of N139 FT TR5<br>Lot Size 60.000 x 140<br>aka<br>460 E 59 St.<br>Hialeah, Fl 33013<br><br>*Homestead* | Fee Owner | J | $ 286,073.00 | $ 270,523.90 |
| Lot 1, Block 10, Revised Map of Hollywood Addition;, Pinellas County, FL<br>aka<br>1635 12th St. S<br>St. Petersburg, Fl 33013 | Fee Owner | H | $ 43,276.00 | $ 173,614.00 |
| Lot 11 & 12, Block 301, The Seminole land & Investment Company, Map of St. Cloud;, Osceola County, Fl<br>aka<br>1530 Ohio St.<br>St. Cloud, FL 32844 | Fee Owner | H | $ 120,000.00 | $ 148,065.00 |
| Lot 113, Candlelight Oaks;, Volusia County, Fl<br>aka<br>812 Longview Ave.<br>Deland, Fl 32720 | Fee Owner | H | $ 350,000.00 | $ 400,000.00 |

B6A (Official Form 6A) (12/07) - Cont.

In re:  **Eleazar Rodriguez   Clara Rodriguez** _____   Case No. _____
                                                 (If known)
                              Debtors

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| LOT 121, OF ORMOND-BY-THE-SEA, PLAT 6, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 11, AT PAGE 282 AND 283, OF THE PUBLIC RECORDS OF VOLUSIA COUNTY, FLORIDA aka 30 Hibiscus Dr. Ormond, FL 32176 | Fee Owner | H | $ 220,000.00 | $ 247,734.00 |
| Lot 13, Blk 4, re-sub of west central ave subd., according to the map or plat thereof as recorded inplat book 4, pg 1, public records of pinellas county, florida aka 3627 3rd Ave. S St. Petersburg, Fl 33013 | Fee Owner | H | $ 63,089.00 | $ 150,000.00 |
| Lot 13, Block 2193, Portmalabar Unity 28 aka 1402 NE Nolan St. Palm Bay, FL 32907 | Fee Owner | H | $ 130,000.00 | $ 180,000.00 |
| Lot 14, Blk 16, Ocala Park Estates, unit no 1: Marion County, Fl aka 6147 nw 68th avenue road. ocala, fl 34482 | Fee Owner | H | $ 128,845.00 | $ 224,683.00 |
| Lot 15, Block 2, Robles Heights;, Hillsborough County, Fl aka 6210 N 45th St. Tampa, Fl 33610 | Fee Owner | H | $ 110,000.00 | $ 130,058.00 |
| Lot 3, Block 2, Ocala Park Estates unit no. 2, Marion County, Fl aka 6321 Nw 61st. Ocala, Fl 34482 | Fee Owner | H | $ 148,089.00 | $ 234,226.00 |

B6A (Official Form 6A) (12/07) - Cont.

In re:  **Eleazar Rodriguez   Clara Rodriguez** _____    Case No. _____
_____                                            (If known)
                        **Debtors**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| LOT 35, blk E, the fairways at eagle trace, according to the plat thereof, recorded in plat bk 136, pg 25, of the public records of vroward county, fl aka 12737 NW 18th Ct. Coral Springs, Fl 33071 | Fee Owner | W | $ 404,710.00 | $ 597,556.40 |
| Lot 47,of Kingston Hills, according to the plat thereof, as recorded in plat book 11, at pg 244, of the public records of volusia county, florida aka 1301 Ginsberg Dr. Daytona Beach, Fl 32114 | Fee Owner | H | $ 91,300.00 | $ 186,446.00 |
| Lot 51, Mora Subdivision;, Hillsborough County, Fl aka 3715 E Idlewilde Ave. Tampa, Fl 33610 | Fee Owner | H | $ 79,611.00 | $ 142,018.00 |
| Lot 6-7, Block 32, Highland Park, Volusia County, Fl aka 1105 Carmen Ave. Holly Hill, Fl 32117 | Fee Owner | H | $ 175,000.00 | $ 200,000.00 |
| Lot 68 & 69, Campus View aka 523 Carver Blvd. Orlando, Fl 32810 | Fee Owner | H | $ 82,950.00 | $ 152,934.11 |

Total  ➤  $2,432,943.00

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  __Eleazar Rodriguez   Clara Rodriguez_____,     Case No. _____
                                    **Debtors**                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on Hand** | J | 20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Wachovia Acct # 1010209389692** | J | 2,500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **2 Tv's 42" over 2 yrs. old 32" over 2 yrs old.** | J | 400.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Computer and Printer** | J | 50.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture and furnishing for a 5/3 Home** | J | 600.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Husband Clothes** | H | 100.00 |
| Wearing apparel. | | **Wife Clothes** | W | 150.00 |
| 7. Furs and jewelry. | | **Costume Earings** | W | 10.00 |
| Furs and jewelry. | | **Costume Necklace** | W | 20.00 |
| Furs and jewelry. | | **Watch** | W | 20.00 |
| Furs and jewelry. | | **Wedding Band** | W | 150.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Eleazar Rodriguez   Clara Rodriguez** _____ ,          Case No. _____
                                    Debtors                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | | **National Retirement Solutions** | W | 13,405.81 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Eleazar Rodriguez   Clara Rodriguez** _____,     Case No. _____
                    **Debtors**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1998/ ISUZU HOMBRE S/XS SHORTBED 2D 2.2L 14MPI/ SFI** | H | 1,400.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_2_    continuation sheets attached          Total  ➤          **$ 18,825.81**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re  **Eleazar Rodriguez   Clara Rodriguez**                     Case No. _____
_____                                  (If known)
                    Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $136,875
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| ▬▬ Isuzu Vehicle | FSA § 222.25(1) | 1,400.00 | 1,400.00 |
| 2 Tv's 42" over 2 yrs. old 32" over 2 yrs. old. | FSA § 222.25(4) | 400.00 | 400.00 |
| 35 52 41 .19 AC Logan Crest Rev. Pl PB 33-29 W60 FT of E240 FT of N139 FT TR5 Lot Size 60.000 x 140 aka 460 E 59 St. Hialeah, Fl 33013 | Fla. Const., Art. 10, §4(a)(1), FSA §§ 222.01, 222.02 | 286,073.00 | 286,073.00 |
| Cash on Hand | FSA § 222.25(4) | 20.00 | 20.00 |
| Checking Wachovia Acct # 1010209389692 | FSA § 222.11(2)(b) | 2,500.00 | 2,500.00 |
| Computer and Printer | FSA § 222.25(4) | 50.00 | 50.00 |
| Costume Earings | FSA § 222.25(4) | 10.00 | 10.00 |
| Costume Necklace | FSA § 222.25(4) | 20.00 | 20.00 |
| Furniture and furnishing for a 5/3 Home | FSA § 222.25(4) | 600.00 | 600.00 |
| Husband Clothes | FSA § 222.25(4) | 100.00 | 100.00 |
| National Retirement Solutions | FSA 175.241 | 13,405.81 | 13,405.81 |
| Watch | FSA § 222.25(4) | 20.00 | 20.00 |
| Wedding Band | FSA § 222.25(4) | 150.00 | 150.00 |
| Wife Clothes | FSA § 222.25(4) | 150.00 | 150.00 |

B6D (Official Form 6D) (12/07)

In re  **Eleazar Rodriguez   Clara Rodriguez**                                      Case No. _____
                                                                                                                (If known)
                                    **Debtors**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3640033421967 <br><br> **Aurora Loan Svc** <br> **P.O. Box 1706** <br> **Scottsbluff, NE 69363-1706** | | H | 01/01/2009 <br> **Conventional Mortgage** <br> **Lot 113, Candlelight Oaks;,** <br> **Volusia County, Fl** <br> **aka** <br> **812 Longview Ave.** <br> **Deland, Fl 32720** <br> **Lot 13, Blk 4, re-sub of west** <br> **central ave subd., according to** <br> **the map or plat thereof as** <br> **recorded inplat book 4, pg 1,** <br> **public records of pinellas** <br> **county, florida** <br> **aka** | | | | 150,000.00 | 0.00 |

<u>10</u>     continuation sheets
        attached

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $        150,000.00 | $        0.00 |
| $ | $ |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Eleazar Rodriguez   Clara Rodriguez** _____,    Case No. _____
                                                Debtors                                                (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | 3627 3rd Ave. S<br>St. Petersburg, Fl 33013<br><br>VALUE $120,000.00 | | | | | |
| ACCOUNT NO.  0033549965<br><br>Aurora Loan Svc<br>P.O. Box 1706<br>Scottsbluff, NE 69363-1706 | | H | 03/01/2009<br>Conevtional Mortgage<br>Lot 113, Candlelight Oaks;,<br>Volusia County, Fl<br>aka<br>812 Longview Ave.<br>Deland, Fl 32720<br><br>VALUE $350,000.00 | | | | 250,000.00 | 0.00 |
| ACCOUNT NO.  0039360508<br><br>Aurora Loan Svc<br>P.O. Box 1706<br>Scottsbluff, NE 69363-1706 | | H | 01/01/2009<br>Conventional Mortgage<br>LOT 121, OF<br>ORMOND-BY-THE-SEA, PLAT 6,<br>ACCORDING TO THE PLAT<br>THEREOF, AS RECORDED IN<br>PLAT BOOK 11, AT PAGE 282<br>AND 283, OF THE PUBLIC<br>RECORDS OF VOLUSIA<br>COUNTY, FLORIDA<br>aka<br>30 Hibiscus Dr.<br>Ormond, FL 32176<br><br>VALUE $220,000.00 | | | | 247,734.00 | 127,734.00 |

Sheet no. _1_ of _10_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➤
(Total of this page)

$    647,734.00 | $    127,734.00

Total  ➤
(Use only on last page)

$ | $

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Eleazar Rodriguez   Clara Rodriguez** _____,   Case No. _____
                          **Debtors**                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **100701820**<br><br>**Avelo Mortgage**<br>**P.O. Box 660138**<br>**Dallas, TX 75266-0138** | | **W** | 03/01/2008<br>**Mortgage**<br>**LOT 35, blk E, the fairways at eagle trace, according to the plat thereof, recorded in plat bk 136, pg 25, of the public records of vroward county, fl**<br>**aka**<br>**12737 NW 18th Ct.**<br>**Coral Springs, Fl 33071**<br><br>**VALUE $500,000.00** | | | | 597,164.19 | 97,164.19 |
| ACCOUNT NO. **8749000036344**<br><br>**Citi Residential Lending**<br>**10801 6th Street**<br>**Rancho Cucamon, CA 91730** | | **H** | 01/01/2009<br>**Conventional Mortgage**<br>**Lot 14, Blk 16, Ocala Park Estates, unit no 1: Marion County, Fl**<br>**aka**<br>**6147 nw 68th avenue road. ocala, fl 34482**<br><br>**VALUE $200,000.00** | | | | 176,000.00 | 0.00 |
| ACCOUNT NO. **LC 09-0647**<br><br>**Code Enforcement Division**<br>**Chad Woodburn**<br>**2450 W 33rd Street**<br>**2nd Floor**<br>**Orlando, Fl 32839-8726** | | **H** | 05/19/2009<br>**Special Assessment Lien**<br>**Lot 68 & 69, Campus View**<br>**aka**<br>**523 Carver Blvd.**<br>**Orlando, Fl 32810**<br><br>**VALUE $125,000.00** | | | | 291.50 | 0.00 |

Sheet no. _2_ of _10_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | | |
|---|---|---|
| $ | 773,455.69 | $   97,164.19 |
| $ | | $ |

(Report also on Summary of  (If applicable, report
Schedules)                      also on Statistical
                                Summary of Certain
                                Liabilities and
                                Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Eleazar Rodriguez   Clara Rodriguez**                          Case No. _____
                                                                              (If known)
                          **Debtors**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **146664617**<br><br>**Countrywide Home Loan**<br>**450 American St SV416**<br>**Simi Valley, CA 93065** | | H | 03/16/2009<br>**Conventional Mortgage**<br>**Lot 11 & 12, Block 301, The**<br>**Seminole land & Investment**<br>**Company, Map of St. Cloud;,**<br>**Osceola County, Fl**<br>aka<br>**1530 Ohio St.**<br>**St. Cloud, FL 32844**<br><br>VALUE $120,000.00 | | | | 115,999.00 | 0.00 |
| ACCOUNT NO. **147249859**<br><br>**Countrywide Home Loan**<br>**450 American ST SV416**<br>**Simi Valley, Ca 93065** | | H | 01/01/2009<br>**Conventional Mortgage**<br>**Lot 68 & 69, Campus View**<br>aka<br>**523 Carver Blvd.**<br>**Orlando, Fl 32810**<br><br>VALUE $125,000.00 | | | | 120,000.00 | 0.00 |
| ACCOUNT NO. **5890017877044**<br><br>**EMC Mortgage Corp**<br>**800 State Highway**<br>**121 BYP**<br>**Lewisville, TX 75067-4180** | | H | 01/01/2009<br>**Second Mortgage**<br>**Lot 51, Mora Subdivision;,**<br>**Hillsborough County, Fl**<br>aka<br>**3715 E Idlewilde Ave.**<br>**Tampa, Fl 33610**<br><br>VALUE $115,000.00 | | | | 35,694.00 | 0.00 |
| ACCOUNT NO. **5890016161762**<br><br>**EMC Mortgage Corp**<br>**800 State Highway**<br>**121 BYP**<br>**Lewisville, TX 75067-4180** | | H | 01/01/2009<br>**Conventional Mortgage**<br>**Lot 15, Block 2, Robles Heights;,**<br>**Hillsborough County, Fl**<br>aka<br>**6210 N 45th St.**<br>**Tampa, Fl 33610**<br><br>VALUE $110,000.00 | | | | 130,058.00 | 20,058.00 |

Sheet no. _3_ of _10_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➢
(Total of this page)

Total  ➢
(Use only on last page)

| | |
|---|---|
| $   401,751.00 | $   20,058.00 |
| $ | $ |

(Report also on Summary of
Schedules)

(If applicable, report
also on Statistical
Summary of Certain
Liabilities and
Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Eleazar Rodriguez   Clara Rodriguez**                          Case No. _____
                                                     ,
                                        **Debtors**                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5890017860990<br><br>EMC Mortgage Corp<br>800 State Highway<br>121 BYP<br>Lewisville, TX 75067-4180<br><br>EMC Mortgage Corporation<br>P.O. Box 293150<br>Lewisville, TX 75029-3150 | | H | 01/01/2009<br>Conventional Mortgage<br>Lot 3, Block 2, Ocala Park<br>Estates unit no. 2, Marion<br>County, Fl<br>aka<br>6321 Nw 61st.<br>Ocala, Fl 34482<br><br>VALUE $200,000.00 | | | | 175,327.00 | 0.00 |
| ACCOUNT NO. 5890017876962<br><br>EMC Mortgage Corp<br>800 State Highway<br>121 BYP<br>Lewisville, TX 75067-4180 | | H | 01/01/2009<br>Conventional Mortgage<br>Lot 51, Mora Subdivision;,<br>Hillsborough County, Fl<br>aka<br>3715 E Idlewilde Ave.<br>Tampa, Fl 33610<br><br>VALUE $115,000.00 | | | | 106,324.00 | 0.00 |
| ACCOUNT NO. 5890017861022<br><br>EMC Mortgage Corp<br>800 State Highway<br>121 BYP<br>Lewisville, TX 75067-4180 | | H | 01/01/2009<br>Second Mortgage<br>Lot 3, Block 2, Ocala Park<br>Estates unit no. 2, Marion<br>County, Fl<br>aka<br>6321 Nw 61st.<br>Ocala, Fl 34482<br><br>VALUE $200,000.00 | | | | 58,899.00 | 0.00 |

Sheet no. _4_ of _10_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

$ 340,550.00 | $ 0.00

Total ➤
(Use only on last page)

$ | $

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Eleazar Rodriguez   Clara Rodriguez**                                      ,          Case No. _____
                                                    **Debtors**                                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 513504240<br><br>First Bank Mortgage<br>135 N Meramec Ave<br>Clayton, MO 63105-3751<br><br><br>First Bank<br>1 st Missouri Center<br>St. Louis, MO 63141 | | H | 01/01/2009<br>**Conventional Mortgage**<br>Lot 1, Block 10, Revised Map of Hollywood Addition;, Pinellas County, FL<br>aka<br>1635 12th St. S<br>St. Petersburg, Fl 33013<br><br>VALUE $150,000.00 | | | | 138,731.00 | 0.00 |
| ACCOUNT NO. 513504245<br><br>First Bank Mortgage<br>135 N Meramec Ave<br>Clayton, MO 63105-3751<br><br><br>First bank<br>1 st Missouri Center<br>St. Louis, MO 63141 | | H | 01/01/2009<br>**Second Mortgage**<br>Lot 1, Block 10, Revised Map of Hollywood Addition;, Pinellas County, FL<br>aka<br>1635 12th St. S<br>St. Petersburg, Fl 33013<br><br>VALUE $150,000.00 | | | | 34,883.00 | 0.00 |
| ACCOUNT NO. 0359383784<br><br>GMAC Mortgage<br>P.O. Box 4622<br>Waterloo, IA 50704-4622 | | H | 01/01/2009<br>**Second Mortgage**<br>Lot 14, Blk 16, Ocala Park Estates, unit no 1: Marion County, Fl<br>aka<br>6147 nw 68th avenue road.<br>ocala, fl 34482<br><br>VALUE $200,000.00 | | | | 48,683.00 | 0.00 |

Sheet no. _5_ of _10_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page)

| | |
|---|---|
| $     222,297.00 | $          0.00 |
| $ | $ |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Eleazar Rodriguez   Clara Rodriguez**                              ,        Case No. _____
                                    **Debtors**                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0810023858 | | H | 01/01/2009 | | | | 151,565.00 | 11,565.00 |
| GMAC Mortgage P.O. Box 4622 Waterloo, IA 50704-4622 | | | Conventional Mortgage Lot 47,of Kingston Hills, according to the plat thereof, as recorded in plat book 11, at pg 244, of the public records of volusia county, florida aka 1301 Ginsberg Dr. Daytona Beach, Fl 32114 | | | | | |
| | | | VALUE $140,000.00 | | | | | |
| ACCOUNT NO. 0359415109 | | H | 01/01/2009 | | | | 32,429.00 | 0.00 |
| GMAC Mortgage P.O. Box 4622 Waterloo, IA 50704-4622 | | | Second Mortgage Lot 68 & 69, Campus View aka 523 Carver Blvd. Orlando, Fl 32810 | | | | | |
| | | | VALUE $125,000.00 | | | | | |
| ACCOUNT NO. 0359168697 | | J | 05/01/2008 | | | | 232,000.00 | 0.00 |
| GMAC Mortgage P.O. Box 4622 Waterloo, IA 50704-4622 | | | Conventional Mortgage 35 52 41 .19 AC Logan Crest Rev. Pl PB 33-29 W60 FT of E240 FT of N139 FT TR5 Lot Size 60.000 x 140 aka 460 E 59 St. Hialeah, Fl 33013 | | | | | |
| | | | VALUE $308,539.00 | | | | | |

Sheet no.  6 of  10 continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➢
(Total of this page)

Total  ➢
(Use only on last page)

| $    415,994.00 | $    11,565.00 |
|---|---|
| $ | $ |

(Report also on Summary of
Schedules)

(If applicable, report
also on Statistical
Summary of Certain
Liabilities and
Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Eleazar Rodriguez  Clara Rodriguez** _____,      Case No. _____
                                    **Debtors**                                          (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7303562888<br><br>Homecomings Financial<br>P.O. Box 205<br>Waterloo, IA 50704-0205 | | J | 05/01/2008<br>Second Mortgage<br>35 52 41 .19 AC Logan Crest<br>Rev. Pl PB 33-29 W60 FT of E240<br>FT of N139 FT TR5<br>Lot Size 60.000 x 140<br>aka<br>460 E 59 St.<br>Hialeah, Fl 33013<br><br>VALUE $308,539.00 | | | | 38,523.90 | 0.00 |
| ACCOUNT NO. 326117199<br><br>HomeEq Servicing<br>P.O. Box 13716<br>Sacramento, CA 95853-3716 | | W | 05/01/2008<br>Second Mortgage<br>LOT 35, blk E, the fairways at<br>eagle trace, according to the plat<br>thereof, recorded in plat bk 136,<br>pg 25, of the public records of<br>vroward county, fl<br>aka<br>12737 NW 18th Ct.<br>Coral Springs, Fl 33071<br><br>VALUE $500,000.00 | | | | 149,058.98 | 0.00 |

Sheet no. _7_ of _10_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➢
(Total of this page)

Total ➢
(Use only on last page)

| | |
|---|---|
| $  187,582.88 | $  0.00 |
| $ | $ |

(Report also on Summary of Schedules)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Eleazar Rodriguez   Clara Rodriguez** _____ .    Case No. _____

                                    **Debtors**                                           (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0100701820<br><br>Litton Loan Servicing, LP<br>24 E. Greenway Plz<br>#712<br>Houston, TX 77046-2401<br><br>Florida Default Law Group<br>9119 Corporate Lake Drive<br>3rd Floor<br>Tampa, Fl 33634<br><br>Litton Loan Servicing<br>4828 Loop Central Drive<br>HOUSTON, tx 77081 | | W | 10/31/2008<br>**Conventional Mortgage**<br>LOT 35, blk E, the fairways at eagle trace, according to the plat thereof, recorded in plat bk 136, pg 25, of the public records of vroward county, fl<br>aka<br>12737 NW 18th Ct.<br>Coral Springs, Fl 33071<br><br>VALUE $500,000.00 | | | | 597,164.00 | 97,164.00 |
| ACCOUNT NO. 0040824468<br><br>Ocwen Loan SVCG LLC<br>12650 Ingenuity Dr.<br>Attn: Research Dept.<br>Orlando, Fl 32826<br><br>Ocwen Loan Servicing, LLC<br>P.O. Box 785063<br>Orlando, Fl 32878-5063 | | H | 01/01/2009<br>**Second Mortgage**<br>Lot 47,of Kingston Hills, according to the plat thereof, as recorded in plat book 11, at pg 244, of the public records of volusia county, florida<br>aka<br>1301 Ginsberg Dr.<br>Daytona Beach, Fl 32114<br><br>VALUE $140,000.00 | | | | 34,881.00 | 0.00 |

Sheet no. _8_ of _10_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

$ 632,045.00 |$  97,164.00

Total ➤
(Use only on last page)

$ |$

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re   **Eleazar Rodriguez   Clara Rodriguez**                            ,     Case No. _____
                                 **Debtors**                                                      (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2000301184 <br><br> Saxon Mortgage Services, Inc. <br> 4708 Mercantile DR. <br> Fort Worth, TX 76137-3605 <br><br><br> Saxon Mortgage Services Inc. <br> P.O. Box 514748 <br> Los Angeles, CA 90051-4748 <br><br> Saxon <br> P.O. Box 161489 <br> Ft. Worth, TX 76161-1489 | | H | 01/01/2009 <br> Second Mortgage <br> Lot 11 & 12, Block 301, The Seminole land & Investment Company, Map of St. Cloud;, Osceola County, Fl <br> aka <br> 1530 Ohio St. <br> St. Cloud, FL 32844 <br><br> VALUE $120,000.00 | | | | 32,066.00 | 0.00 |
| ACCOUNT NO. 9420145601753 <br><br> Suntrust Mortgage Inc <br> P.O. Boxx 26149 <br> Richmond, VA 23260 | | H | 01/01/2009 <br> Conventional Mortgage <br> Lot 13, Block 2193, Portmalabar Unity 28 <br> aka <br> 1402 NE Nolan St. <br> Palm Bay, FL 32907 <br><br> VALUE $130,000.00 | | | | 120,000.00 | 0.00 |
| ACCOUNT NO. 0145601761 <br><br> Suntrust Mortgage Inc <br> P.O. Box 26149 <br> Richmond, VA 23260 | | H | 01/01/2009 <br> Second Mortgage <br> Lot 13, Block 2193, Portmalabar Unity 28 <br> aka <br> 1402 NE Nolan St. <br> Palm Bay, FL 32907 <br><br> VALUE $130,000.00 | | | | 60,000.00 | 0.00 |

Sheet no. 9 of 10 continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal ➢
(Total of this page)

| $ 212,066.00 | $ 0.00 |
|---|---|
| $ | $ |

Total ➢
(Use only on last page)

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Eleazar Rodriguez   Clara Rodriguez** _____ ,   Case No. _____
                                                    **Debtors**                                                           **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1100238583  **Wells Fargo Mortgage Company** **P.O. Box 10335** **Des Moines, IA 50306-0335** | | H | **03/01/2009** **Conventional Mortgage** **Lot 6-7, Block 32, Highland Park, Volusia County, Fl** **aka** **1105 Carmen Ave.** **Holly Hill, Fl 32117** <br><br> **VALUE $175,000.00** | | | | 200,000.00 | 25,000.00 |

Sheet no.  10 of  10 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $    200,000.00 | $    25,000.00 |
| $    4,033,475.57 | $    378,685.19 |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re  **Eleazar Rodriguez   Clara Rodriguez** _____     Case No. _____
                              Debtors                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

❏  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❏  **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❏  **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❏  **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❏  **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B6E (Official Form 6E) (12/07) – Cont.

In re  **Eleazar Rodriguez   Clara Rodriguez**_____,    Case No. _____
                          Debtors                                                           (If known)

❑  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑  **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑  **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

B6E (Official Form 6E) (12/07) – Cont.

In re    **Eleazar Rodriguez    Clara Rodriguez**                                    Case No. _____
                                                                                                                      (If known)
                                   Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **12-22-29-4076-99218**<br>**Orange County Tax Collector**<br>**200 South Orange Ave**<br>**16th floor**<br>**Orlando, Fl 32801** | | H | **10/24/2008**<br>**karolina on killarney**<br>**M/105 E 15 FT of LOT 17**<br>**BLK B P/R From 02180**<br>**6/06** | | | | 1,521.59 | 1,521.59 | $0.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals➢ (Totals of this page) | $ 1,521.59 | $ 1,521.59 | $ 0.00 |
| Total ➢ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 1,521.59 | | |
| Total ➢ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ 1,521.59 | $ 0.00 |

B6F (Official Form 6F) (12/07)

In re    **Eleazar Rodriguez   Clara Rodriguez**                                      Case No. _____
_____
                          **Debtors**                                                               (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0611177537<br>**Accredited Home Lenders**<br>**P.O. Box 502480**<br>**San Diego, CA 92150-2480** | | W | **03/01/2008**<br>**6710 NW 74th Ct.**<br>**Parkland, Fl 33067**<br>**Second Mortgage** | | | | 126,288.67 |
| ACCOUNT NO.  0611177536<br>**Accredited Home Lenders, Inc.**<br>**P.O. Box 502480**<br>**San Diego, CA 92150-2480** | | W | **03/01/2008**<br>**6710 NW 74th Court**<br>**Parkland, Fl 33067**<br>**Conventional Mortgage** | | | | 503,350.05 |

12   Continuation sheets attached

| | | |
|---|---|---|
| | Subtotal ➤ | $ 629,638.72 |
| | Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Eleazar Rodriguez   Clara Rodriguez**                              Case No. _____
_____
Debtors                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   70200007021284729 <br><br>Alfredo E. Cordoba, Esq. <br>Adorno & Yoss <br>1625 South Congress Ave. <br>Suite 300 <br>Delray Beach, FL 33445 | | H | 03/02/2009 <br><br>Suntrust vs. Eleazar Rodriguez <br>File No: 47865 | | | | 11,296.49 |
| ACCOUNT NO.   371318433381008 <br><br>American Express <br>P.O. Box 981537 <br>El Paso, TX 79998 <br><br><br>Brian K. Szilvasy <br>3030 Hartley Rd., Ste. 150 <br>Jacksonville, Fl 32257 | | W | 04/05/2008 <br><br>Consumer Purchases | | | | 11,075.80 |
| ACCOUNT NO.   371748360731009 <br><br>American Express <br>P.O. Box 981537 <br>El Paso, TX 79998 <br><br><br>Brain K. Szilvasy <br>3030 Hartley Rd., Ste. 150 <br>Jacksonville, FL 32257 | | H | 07/11/2008 <br><br>Consumer Purchases | | | | 16,321.80 |
| ACCOUNT NO.   3499908238435133 <br><br>American Express <br>P.O. Box 981537 <br>El Paso, TX 79998 | | W | 12/01/2008 <br><br>Consumer Purchases | | | | 11,075.84 |

Sheet no. _1_ of _12_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims



Subtotal  ➤  $                    49,769.93

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Eleazar Rodriguez  Clara Rodriguez**                         Case No. _____
                              Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3499911868353283 <br><br>**American Express**<br>P.O. Box 981537<br>El Paso, TX 79998 | | H | 07/01/2008 <br><br>**Consumer Purchases** | | | | 16,321.80 |
| ACCOUNT NO.  3640033537671 <br><br>**Aurora Loan Svc**<br>P.O. Box 1706<br>Scottsbluff, NE 69363-1706 | | H | 01/01/2009 | | | | 61,755.00 |
| ACCOUNT NO.  504245 <br><br>**Balboa Insurance Company**<br>3349 Michelson Drive<br>Suite 200<br>Irvine, CA 92612-8893 <br><br>**First Bank**<br>D/B/A First Bank Mortgage<br>1 First Missouri Center<br>St. Louis, MO 63141 | | H | 12/28/2007 <br><br>**Insurance for property address:**<br>1635 12th St. S<br>St. Petersburg, Fl 33705 | | | | 685.96 |
| ACCOUNT NO.  4264295999403800 <br><br>**Bank of America**<br>4060 Ogletown Stanton Rd.<br>Mail Code DE5-019-03-07<br>Newark, De 19713 | | H | 05/03/2008 <br><br>consumer purchases | | | | 5,997.00 |

Sheet no.  2  of  12  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $              84,759.76

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Eleazar Rodriguez   Clara Rodriguez**                    Case No. _____

_____
                   **Debtors**                                                **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   4264295212354665<br><br>Bank Of America<br>P.O. Box 15713<br>Wilmington, DE 19886-5713<br><br><br>Bank Of America<br>P.O. Box 15026<br>Wilmington, DE 19850-5026 | | W | 01/02/2009<br><br>Consumer Purchases | | | | 4,977.58 |
| ACCOUNT NO.   7021270201189338<br><br>Best Buy<br>P.O. Box 5253<br>Carol Stream, IL 60197 | | H | 01/01/2009<br><br>consumer purchases | | | | 2,428.00 |
| ACCOUNT NO.   7001160003925076<br><br>Best Buy<br>P.O. Box 5253<br>Carol Stream, IL 60197<br><br><br>Best Buy<br>90 Christiana Rd.<br>New Castle, DE 19720-3118 | | W | 01/01/2009<br><br>Consumer Purchases | | | | 2,933.00 |
| ACCOUNT NO.   6019170105252743<br><br>Brandsmart<br>P.O. Box 981439<br>El Paso, TX 79998 | | H | 10/01/2008<br><br>consumer purchases | | | | 4,747.00 |

Sheet no. _3_ of _12_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 15,085.58

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Eleazar Rodriguez   Clara Rodriguez**                               Case No. _____
                                                                                        (If known)
                        **Debtors**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   040316-001<br><br>City of Deland<br>120 S. Florida Ave.<br>Deland, FL 32720<br><br><br>City of Deland<br>P.O. Box 863399<br>Orlando, FL 32886-3399 | | H | 10/21/2008<br><br>Water Bill<br>Property Address:<br>812 Longview Ave<br>Deland, Fl 32720 | | | | 473.72 |
| ACCOUNT NO.   1444629-59296<br><br>City of Palm Bay<br>P.O. Box 850001<br>Orlando, Fl 32885-0072 | | H | 07/10/2009<br><br>Utilities:<br>1402 Noan St. NE | | | | 62.83 |
| ACCOUNT NO.   484560093341<br><br>City of St. Petersburg<br>P.O. Box 33034<br>St. Petersburg, FL 33733-8034 | | H | 07/08/2008<br><br>Water Bill<br>1635 12th St. S | | | | 604.44 |
| ACCOUNT NO.   075132-05<br><br>Coconut Creek<br>4800 West Copans Rd.<br>Coconut Creek, Fl 33063-3879<br><br><br>Creditor Services<br>5200 N Federal Highway<br>Suite 2-1158<br>Ft. Lauderdale, Fl 33308 | | W | 12/16/2008<br><br>Utility Acct. for porperty address:<br>6710 NW 74 Ct<br>Parkland, Fl 33067 | | | | 255.20 |

Sheet no.  4 of 12 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                         1,396.19

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Eleazar Rodriguez   Clara Rodriguez** _____     Case No. _____
                                    Debtors                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   140721610<br><br>Coral Springs Improv. District<br>10300 NW 11th Manor<br>Coral Springs, Fl 33071 | | W | 06/24/2009<br><br>Water Bill<br>Property:<br>12734 18 Ct. | | | | 110.33 |
| ACCOUNT NO.   000ET0000D00083<br><br>Eagle Trace Community Association<br>1000 Eagle Trace Blvd. West<br>Coral Springs, Fl 33071 | | W | 01/01/2009<br><br>Quarterly Maintenance Fees<br><br>Property Address: 12734 NW 18th Ct<br>Coral Springs, Fl 33071-5408 | | | | 1,515.00 |
| ACCOUNT NO.   9320571205<br><br>Eastern Financial<br>P.O. Box 829514<br>South Florida, Fl 33082-9514 | | J | 04/30/2009<br><br>Line of Credit | | | | 3,072.11 |
| ACCOUNT NO.   9320571210<br><br>Eastern Financial<br>P.O. Box 829514<br>South Florida, Fl 33082-9514 | | J | 04/30/2009<br><br>Line of Credit | | | | 8,645.13 |

Sheet no.  5 of 12 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $ **13,342.57**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __Eleazar Rodriguez   Clara Rodriguez_____   Case No. _____
                              **Debtors**                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  7888014822<br><br>El Dorado<br>P.O. Box 9121<br>Des Moines, IA 50306-9121<br><br>El Dorado Furniture<br>P.O. Box 94498<br>Las Vegas, NV 89193-4498 | | W | 01/01/2009<br><br>Consumer Purchases | | | | 1,515.13 |
| ACCOUNT NO.  5890017432816<br><br>EMC Mortgage Corp<br>800 State Highway<br>121 BYP<br>Lewisville, TX 75067-4180 | | H | 01/01/2009 | | | | 275,200.00 |
| ACCOUNT NO.  5890017432832<br><br>EMC Mortgage Corp<br>800 State Highway<br>121 BYP<br>Lewisville, TX 75067-4180 | | H | 01/01/2009 | | | | 68,800.00 |
| ACCOUNT NO.  351862557<br><br>GC Services Limited Partnership<br>Collection Agency Division<br>P.O. Box 39050 (052)<br>Phoenix, AZ 85069<br><br>GC Services Limited Partnership<br>6330 Gulfton<br>Houston, TX 77081 | | H | 03/16/2009<br><br>Resurgent Capital Services, LP | | | | 4,817.51 |

Sheet no. _6_ of _12_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ | $ | 350,332.64

Total ➢ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Eleazar Rodriguez   Clara Rodriguez**                                    Case No. _____
                          Debtors                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    892-308325<br><br>Harris Sanitation, Inc.<br>A Waste Management Co.<br>P.O. Box 120189 (32912-0189)<br>7382 Talona Drive<br>West Melbourne, FL 32904 | | H | 10/02/2008<br><br>1402 Nolan St. NE | | | | 136.72 |
| ACCOUNT NO.    4264295999403800<br><br>Kathryn Neuheisel<br>64 East Broadway Road<br>Suite 245<br>Tempe, Arizona 85282-1355<br><br>Kathryn A. Neuheisel<br>64 East Broadway Road, Ste. 245<br>Tempe, Arizona 85282-1355 | | W | 03/30/2009<br><br>Maryland National Bank | | | | 6,088.24 |
| ACCOUNT NO.<br><br>Lake Jasmine Estates Phase II Homeowner<br>75 Gatlin Ave<br>Suite A<br>Orlando, FL 32806 | | H | 01/01/2008<br><br>Association Fees<br>Property Address:<br>5214 Laval Drive | | | | 825.90 |
| ACCOUNT NO.<br><br>Lake Jessamine Estates Phase II<br>Homeowners Association<br>75 Gatlin Ave., Ste. A<br>Orlando, Fl 32808<br><br>Ninette S. Fletcher, Esq.<br>156 S. Charles Richard Beall Blvd.<br>Ste. 2<br>Debary, FL 32713 | | H | 10/29/2008<br><br>Claim of Lien for property address:<br>5214 Laval Dr., Orlando, Fl 32835 | | | | 313.90 |

Sheet no. _7_ of _12_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▹ $ | 7,364.76

Total ▹ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Eleazar Rodriguez   Clara Rodriguez**                              Case No. _____
                                                                                              (If known)
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    7981924105617070<br><br>Lowes<br>P.O. Box 981400<br>El Paso, TX 79998<br><br><br>Zwicker & Associates, P.C<br>80 Minuteman Road<br>Andover, Massachusetts 01810-1031 | | W | 01/01/2009<br><br>Consumer Purchases | | | | 2,812.00 |
| ACCOUNT NO.    7021270201189338<br><br>National Action Financial Services<br>165 Lawrence Bell Dr.<br>Suite 100<br>P.O. Box 9027<br>Williamsville, NY 14231-9027<br><br>Leading Edge Recovery Solutions,Inc<br>5440 N Cumberland Ave.<br>Suite 300<br>Chicago, IL 60656-1490 | | H | 07/17/2009<br><br>Current Creditor: LVNV Funding LLC | | | | 2,510.18 |
| ACCOUNT NO.    25005745894<br><br>Nissan Motor Acceptance Corporation<br>P.O. Box 650679<br>Dallas, TX 75265-0679<br><br><br>Nissan Motors<br>Consumer Dispute<br>P.O. Box 660360<br>Dallas, TX 75266-0360 | | W | 12/01/2008<br><br>2006 Nissan Murano | | | | 5,719.12 |

Sheet no.  8 of 12 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $        11,041.30

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Eleazar Rodriguez   Clara Rodriguez**                        Case No. _____
                              Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   004983339<br><br>North Shore Agency<br>P.O. Box 8901<br>Westbury, NY 11590-8901 | | W | 10/23/2008<br><br>New World Media Transferming debt into Wealth | | | | 349.95 |
| ACCOUNT NO.   183465295<br><br>Office of Student Financial Services<br>P.O. Box 277412<br>Atlanta, GA 30384-7412<br><br><br>Windham Professionals, Inc.<br>380 Main St.<br>P.O. Box 1048<br>Salem, NH 03079-1048 | | H | 05/14/2009<br><br>Student Loan<br>TEchnical Career Institute, Inc. | | | | 4,184.55 |
| ACCOUNT NO.   7712<br><br>Orange County Tax Collector<br>200 South Orange Ave.<br>16th Floor<br>Orlando, Fl 32801<br><br>Orange County Comptroller's TaxDeed<br>109 E. Church Street<br>Suite 300<br>Orlando, Fl 32801 | | H | 09/18/2008<br><br>property description<br>Karolina on Killarney M/105 E 15 Ft of Lot 17  BLK B P/R From 02180 6/06<br>Parcel id # 12-22-29-4076-99218 | | | | 1,521.59 |
| ACCOUNT NO.   152-100<br><br>Prime Home at portofino Falls, Ltd.<br>4651 Sheridan Street, Ste. 480<br>Hollywood, Fl 33021 | | W | 01/07/2009<br><br>default Real Estate for property<br>Address:<br>Unit 108, Lot 4, Building 15 | | | | 20,000.00 |

Sheet no.  9 of 12 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                26,056.09

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __Eleazar Rodriguez   Clara Rodriguez_____       Case No. _____
                                    Debtors                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    152-100 <br><br> Prime Home at Portofino Falls, Ltd. <br> 4651 Sheridan Street, ste. 480 <br> Hollywood, Fl 33021 | | W | 01/07/2009 <br><br> Default Real Estate for Property Unit 48, Lot 6, Building 7 | | | | 20,000.00 |
| ACCOUNT NO.    N0908379 <br><br> Rubin & Debski, PA <br> P.O. Box 47718 <br> Jacksonville, FL 32247 | | W | 02/24/2009 <br><br> Household Bank <br> Acct.# 7001160003925076 | | | | 2,932.96 |
| ACCOUNT NO.    91671986451 <br><br> Sallie Mae <br> P.O. Box 9500 <br> Wilkes Barre, PA 18773-9500 <br><br><br> Sallie Mae <br> P.O. Box 9533 <br> Wilkes Barre. PA 18773-9533 | | H | 04/04/2008 <br><br> Loan | | | | 3,872.31 |
| ACCOUNT NO.    916719864510001200 <br><br> Sallie Mae <br> P.O. Box 9500 <br> Wilkes Barre, PA 18773-9500 | | H | 08/01/2008 <br><br> Student Loan | | | | 4,052.00 |

Sheet no. _10_ of _12_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $            30,857.27

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Eleazar Rodriguez   Clara Rodriguez**                    Case No. _____
                                    **Debtors**                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **2000402606**<br><br>**Saxon Mortgage Services, Inc.**<br>**4708 Mercentile Drive North**<br>**Fort Worth, TX 76137-3605** | | H | 11/03/2008<br><br>**Lot 38, Block 17, Ocala Park Estates, Unit No. 3**<br>**aka**<br>**5403 NW 65th St.**<br>**Ocala, FL 34482**<br>**second Mortgage** | | | | 48,019.00 |
| ACCOUNT NO.  **2000402607**<br><br>**Saxon Mortgage Services, Inc.**<br>**4708 Mercentile Drive North**<br>**Fort Worth, TX 76137-3605** | | H | 11/03/2008<br><br>**Lot 38, Block 17, Ocala Park Estates, Unit No. 3**<br>**aka**<br>**5403 NW 65th St.**<br>**Ocala, FL 34482**<br>**Conventional Mortgage** | | | | 185,691.00 |
| ACCOUNT NO.  **00119190734**<br><br>**Select Portfolio Servicing**<br>**P.O. Box 65250**<br>**Salt Lake City, UT 84165-0250** | | W | 03/16/2009<br><br>**Mortgage for Property Address Foreclosed:**<br>**6710 NW 74th Court**<br>**Parkland, Fl 33067** | | | | 141,594.70 |
| ACCOUNT NO.  **702702000070212847291**<br><br>**SunTrust Bank**<br>**P.O. Box 85052**<br>**Richmond, VA 23286-8972** | | H | 08/06/2008<br><br>**2006 Toyota Tundra 2WE,**<br>**5TBET34126S561686** | | | | 12,386.31 |

Sheet no.  11  of 12 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $        387,691.01

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Eleazar Rodriguez  Clara Rodriguez**                                Case No. _____
                          **Debtors**                                                         **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME,<br>MAILING ADDRESS<br>INCLUDING ZIP CODE,<br>AND ACCOUNT NUMBER<br>(See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS<br>INCURRED AND<br>CONSIDERATION FOR<br>CLAIM.<br>IF CLAIM IS SUBJECT TO<br>SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF<br>CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  892030832522319<br><br>**Waste Management<br>Melbourne Hauling<br>3411 N 40th Street<br>Tampa, FL 33605-1698**<br><br>**Waste Management<br>Melbourne Hauling<br>P.O. Box 105430<br>Atlanta, GA 30348--5430** | | H | 08/01/2008<br><br>**Property Address:<br>1402 Nolan St. NE<br>Palm Bay, FI 32907-2229** | | | | 94.08 |
| ACCOUNT NO.  6710<br><br>**Whittier Oaks H.O.A. Inc.<br>c/o Residential Management<br>Concepts, Inc.<br>P.O. Box 97-0069<br>Boca Raton, FL 33497-0069** | | W | 04/13/2009<br><br>**Homeowners Association** | | | | 2,474.30 |
| ACCOUNT NO.  6710<br><br>**Whittier Oaks HOA<br>c/o 1st United Bank<br>P.O. Box 165808<br>Miami, FI 33116-5808** | | W | 01/01/2009<br><br>**Quarterly  Maintenance Fees**<br><br>**Property Address: 6710 NW 74th Ct.** | | | | 2,352.00 |

Sheet no.  12 of 12 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $            4,920.38

Total  ➢  $      1,612,256.20

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re: <u>Eleazar Rodriguez   Clara Rodriguez</u> , Case No. _____
                                                                              **Debtors**                                    **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re: **Eleazar Rodriguez   Clara Rodriguez** _____,     Case No. _____
                                    **Debtors**                                        **(If known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re **Eleazar Rodriguez Clara Rodriguez** _____    Case No. _____

Debtors    (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unemployed- Refrigerator Machine** | **Console Security Specialist** |
| Name of Employer | **Dole Fresh Fruit** | **Miami Dade County** |
| How long employed | **1 year unemployed** | **18 years** |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 0.00 | $ 4,286.16 |
| 2. Estimate monthly overtime | $ | 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ 4,286.16 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ 1,251.50 |
| b. Insurance | $ | 0.00 | $ 0.00 |
| c. Union dues | $ | 0.00 | $ 0.00 |
| d. Other (Specify) | $ | 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ 1,251.50 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ 3,034.66 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ 0.00 |
| 8. Income from real property | $ | 0.00 | $ 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ 0.00 |
| 11. Social security or other government assistance (Specify) | $ | 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ 0.00 |
| 13. Other monthly income (Specify) | $ | 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 0.00 | $ 3,034.66 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 3,034.66 | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**NONE** _____

B6J (Official Form 6J) (12/07)

In re **Eleazar Rodriguez Clara Rodriguez** _____,     Case No. _____
              **Debtors**     (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,900.00 |
|     a. Are real estate taxes included?   Yes ✓   No _____ | | |
|     b. Is property insurance included?   Yes ✓   No _____ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 350.00 |
|           b. Water and sewer | $ | 84.89 |
|           c. Telephone | $ | 140.00 |
|           d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 120.00 |
| 4. Food | $ | 680.00 |
| 5. Clothing | $ | 90.00 |
| 6. Laundry and dry cleaning | $ | 30.00 |
| 7. Medical and dental expenses | $ | 370.00 |
| 8. Transportation (not including car payments) | $ | 120.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 20.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|           a. Homeowner's or renter's | $ | 0.00 |
|           b. Life | $ | 0.00 |
|           c. Health | $ | 0.00 |
|           d. Auto | $ | 110.00 |
|           e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|           a. Auto | $ | 0.00 |
|           b. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other **Cell Phone Metro PCS** | $ | 118.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4,132.89 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| 20. STATEMENT OF MONTHLY NET INCOME | | |
|---|---|---:|
|     a. Average monthly income from Line 15 of Schedule I | $ | 3,034.66 |
|     b. Average monthly expenses from Line 18 above | $ | 4,132.89 |
|     c. Monthly net income (a. minus b.) | $ | -1,098.23 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Eleazar Rodriguez   Clara Rodriguez** _____          Case No. _____
                                    **Debtors**                                                                  (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**40**_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____               Signature: _____
                                                        **Eleazar Rodriguez**
                                                              Debtor

Date: _____               Signature: _____
                                                        **Clara Rodriguez**
                                                        (Joint Debtor, if any)

                                          [If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP
### (NOT  APPLICABLE)

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*